

jg@coburngreenbaum.com
Direct: 202.744.5003

January 6, 2025

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals, Second Circuit
40 Foley Square
New York, NY 10007

    Re: Case No. 24-3263 -- Appellants Request for Briefing Schedule (LR 31-2)

Dear Clerk of Court:

    We represent Appellants 212 Steakhouse, Inc. and Nikolay Volper in the above referenced case. Appellants filed an Amended Notice of Appeal on December 30, 2024. Appellants hereby request a briefing deadline for their brief. Appellants request that the deadline for its brief be March 27, 2025.[1] We understand this date is 1 week more than the 91 days from the filing of Form's C and D, but based on footnote 1 we are making this request. If the Court rejects this extension of the Appellants briefing deadline, we would request the 91 days as the deadline, March 20, 2025. We request that this briefing deadline be So Ordered by the Clerk.

                                      Respectfully Submitted,

                                      /s/

                                      Jonathan W. Greenbaum

---

[1] Undersigned counsel for Appellant will be out of the country in New Zealand for approximately 3 weeks in February.

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com

Attorney for Appellants, 212 Steakhouse, Inc.
and Nikolay Volper

1710 Rhode Island Avenue, NW · 2nd Floor · Washington DC 20036
202.630.2844 · fax 866.561.9712 · coburngreenbaum.com